# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., *et al.*, | ED CV 07-1471 TJH (JWJx) |
| Plaintiffs, | |
| v. | Order |
| OMEGA CHEMICAL PRP GROUP LLC, *et al.*, | |
| Defendants. | |

The Court has considered the various motions to dismiss and to stay, or in the alternative for a more definite statement, of Omega Chemical PRP Group, LLC(#321), and the following Defendants: 3M Company(#486), Air Products and Chemicals, Inc.(#281), Alcoa, Inc.(#316), Allied Signal Inc.(#279), Alpha Therapeutics Corporation (#265), Applied Micro Circuits Corporation (#300), Appropriate Technologies II, Inc.(#355,#566), Arlon Adhesives & Film(#495), Avery Dennison Corp.(#261), Baxter Healthcare Corp.(#263), Boeing North American, Inc.(#279), Bourns, Inc.(#486), BP America, Inc.(#486), Calsonic Climate Controls, Inc.(#261),

Crosby & Overton, Inc.(#367,#575), Del Mar Avionics, Inc.(#349), Deutsch Engineered Connecting Devices/Deutsch Gav, Dow Chemical Company(#348), Eaton Corporation(#288), The Estate of Paul Maslin (#244), The Estate of Seymour Moslin (#244), Firmenich Incorporated (#258), Gambro Inc.(#355), George Industries (#261), GSF Energy LLC(#281), Gulfstream Aerospace Corporation (#279), Harsco Corporation (#261), Harvey Sorkin (#244,#638), Hexcel Corporation (#366), Hexion Specialty Chemicals, Inc.(#342,#345,#490), Hilton Hotels Corporation (#486), Hitachi Home Electronics (America), Inc.(#300), Honeywell International, Inc.(#279), Hubbell, Inc.(#761), Hughes Space and Communications Company(#279), Huntington Park Rubber Stamp Company(#361), International Rectifier Corporation(#356), International Paper Company(#332), Jan-Kens Enameling Company(#261), Johns Manville(#268), K.C. Photo Engraving, Co.(#495), Kimberly-Clark Worldwide, Inc.(#284), Kinder Morgan Liquids Terminals, LLC(#268), Kolmar Laboratories, Inc.(#261), Loma Linda University(#480), Lonza, Inc.(#486), Mattel, Inc.(#275), Maxwell Technologies, Inc.(#328), The May Department Stores Company LLC(#287), McDonnell Douglas Corporation(#279), McKesson Chemical Corporation(#244), Medeva Pharmaceuticals, Inc.(#261), Mico, Inc.(#421), Minnesota Mining and Manufacturing Company(#261), NCR Corporation(#349), NMB, Inc.(#356), Ohline Corporation(#626), Omega Chemical PRP Group(#261,#313,#317), Pacific Bell Telephone Company(#303), Pacific Precision Metals Corporation(#495), PolyOne Corporation(#349), Quality Carriers, Inc.(#261), Quest Diagnostics Clinical Laboratories, Inc.(#263), Rathon Corporation(#482,#495), Raytheon Company(#283), Reed & Graham, Inc.(#349), Remet Corporation(#486), Reichhold, Inc.(#404,#407,#495), Rogers Corporation(#486), Safety-Kleen Systems, Inc.(#263), Scripto Tokai Corp.(#538), Shell Oil Company(#517), The Sherwin-Williams Company(#304), Siemens Medical Solutions USA,

1  Inc.(#521,#522), Sierracin Corporation(#349), Signet Armorlite, Inc.(#300), Skypark
2  Manufacturing, LLC(#349), Southern Pacific Transportation Company(#463),
3  Southern California Edison Company(#351), TDY Industries, Inc.(#281), Teledyne
4  Technologies Incorporated(#281), Tension Envelope Corporation(#486), Texaco
5  Inc.(#507), Texas Instruments Tucson Corporation(#268), Titan Corporation(#486),
6  Union Oil Company of California(#507), Union Pacific Railroad Company, United
7  Parcel Service, Inc.(#333), Universal City Studios LLLP, L.P.(#311), Van Waters &
8  Rogers, Inc.(#495), Vopak Distribution Americas Corporation(#305,#308), Walt
9  Disney Pictures(#311), Warner Lambert Company, Inc.(#486), Weber Aircraft(#495),
10 Yellow Freight Systems, Inc.(#515), York International, Inc.(#261), Yort, Inc.(#491),
11 together with the moving and opposing papers.

13 It is Ordered that the motion to dismiss be, and hereby is, Denied.
14 It is further Ordered that the motion to stay be, and hereby is, Granted.
15 It is further Ordered that this action be, and hereby is, Stayed.

17 It is further Ordered that the motion for a more definite statement be, and
18 hereby is, Denied.

20 Date:   March 27, 2008

_____
Terry J. Hatter, Jr.
Senior United States District Judge