# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., *et al.*, | EDCV 07-1471 TJH (JWJx) |
| Plaintiffs, | |
| v. | Order |
| OMEGA CHEMICAL PRP GROUP LLC, *et al.*, | (#668, #693) |
| Defendants. | |

The Court has considered the motion by Plaintiff Angeles Chemical Company, Inc. to lift the stay and for leave to file a first amended complaint, together with the moving and opposing papers.

It is Ordered that the motion be, and hereby is, Denied.

Dated:   September 11, 2008

_____
Terry J. Hatter, Jr.
Senior United States District Judge